UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

                                       :

UNITED STATES OF AMERICA       :       **FINAL ORDER OF**

                                         :       **FORFEITURE AS TO**

          -v.-                       :       **SUBSTITUTE ASSETS**

                                         :

DANIEL DIBIASE,                 :       S 1 12 Cr. 834 (ER)

                                         :

          Defendant.             :

                                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

WHEREAS, on or about March 12, 2025, this Court entered a Preliminary Order of Forfeiture as to Substitute Assets (the "Substitute Asset Order") (D.E. 239), which ordered the forfeiture to the United States of all right, title, and interest of DANIEL DIBIASE (the "Defendant") in, *inter alia*, the following property:

       a.        18K yellow gold sapphire diamond bracelet 11.9 DWT 11 p/ blue sapphire about 10 carats (7 x 5) 209 RFC diamond in each section about 7 carat diamond;

       b.        18K yellow gold pave heart earrings 7.9 DWT about 100 RFC diamonds in heart 12 on top about 2.25 TDW;

       c.        18K yellow gold diamond ruby earrings 7.4 DWT 3 pear shape rubies 6 pear shape total 1.8 carats about 90 RFC diamond bezel set about 2.5 TDW;

       d.        14K white gold (plated yellow) ruby ring with 12 RFC diamonds about 2.5 carats center ruby about 5 carats 12.58 x 11.82mm x 6.7mm 5.5 DWT;

       e.        18K yellow gold sapphire diamond dangle earrings 6.9 DWT each containing about 120 RFC diamonds 2 1/3 TDW each containing 3 pear shapes about 5 carats;

       f.        18K yellow gold oval ruby and diamond earrings each containing 3 rubellites (7mm x 5mm; 6mm x 8mm; 3mm x 5mm) about 2.5 carat rubellite 39 RFC diamond 78 about 2 TDW;

       g.        14K yellow gold ruby and diamond tennis bracelet 7.5 DWT 21 FGC diamonds about 2.10 TDW 21 ruby about 2.5 carats;

h.      18K yellow gold diamond heart pendant 13.4 DWT 310 RFC diamond about 4.65 carats plus 25 about .75 carats and about 5.5 TDW;

i.      14K beach baroque graduated pearls;

j.      14K gold bangle bracelet 12 DWT about 190 RFC diamond about 5 TDW;

k.      14K hoop earrings 2.8 DWT;

l.      14K white gold sapphire clasp on 6mm x 6.5mm cultured pearls;

m.      14k yellow gold 11.4 DWT (Yurman style) ring with green amethyst;

n.      14k gold hoop earrings 5.1 DWT;

o.      14K gold Columbian emerald cut emerald 7mm x 5mm emerald cut ring 4.8 DWT with 2 square diamond about 60 pts 18 RFC diamond about 10 straight/tapered baguettes about 30 pts;

p.      Tiffany sterling silver dangle earrings 4.7 DWT;

q.      14K white gold clasp with natural 3mm pearls 22"-24";

r.      18K white gold 5 circle pendant about 140 RFC diamond about 2.25 carat 7.7 DWT;

s.      14K yellow gold hoop earrings 1.5 DWT;

t.      14K gold diamond ring .20pt pear shape diamond .40pt. marquis and .20 pt. pear shape emerald and 6 RFC diamond about 30 pts 5.8 DWT;

u.      14K hoop cz earrings 1.8 DWT;

v.      18K gold 7mm x 5mm pear shape emerald about 1 carat 2nd emeralds about 20pt. TW 18 RFC diamond about 3.4 carat 3.2 DWT;

w.      14K gold pink quartz ring 1.9 DWT;

x.      14K gold earrings 0.06 DWT;

y.      14k yellow gold "ballerina" style ring 10 mm x 7mm pear shape Columbian emerald and 40 baguette diamond about 1.25 carat 2.7 DWT;

z.      ½ pear 14K gold earring 0.04 DWT;

aa.  ½ pear 14K gold earring 0.07 DWT;

bb.  ½ pear 14K gold earring 0.08 DWT

cc.  ½ pear 14K gold earring 0.08 DWT;

dd.  Signed Pete Rose Baseball;

ee.  14K yellow gold princess cut ruby heart pendant about 5 carats princess cut rubies and ½ carats diamond 11.3 DWT;

ff.  14K broken chain 0.9 DWT;

gg.  Earring backs 1 piece 18K 0.06 DWT;

hh.  One piece 14K 0.03 DWT;

ii.  18K yellow gold Ladies Omega watch 39/8 DWT 36 single cut diamond set in diamond bezel about ¾ carats;

jj.  18K yellow gold pear shape Columbian emerald ring about 2 carats 16 marquis diamond about 1 ¼ carat 13 straight baguettes about 1.3 carat TDW 5.8 DWT;

kk.  14K gold Gents invisibly set princess cut ring 13.3 DWT;

ll.  14K yellow gold ring with 6 straight sapphire baguettes and 18 RFC diamond channel set 10.6 DWT;

mm.  14K yellow gold chain with grey pearl;

nn.  6.7 oz S/S Kiddush cup;

oo.  14K yellow gold 5mm cultured pearls;

pp.  14K yellow gold diamond stud earrings about 0.80 DTW;

qq.  14K gold emerald and diamond necklace 23 oval emerald about 6 carats and about 6 carat diamond 25.7 DWT;

rr.  14K gold bracelet 16 oval emerald about 12 carats and RFC diamond about 9 carats 16.8 DWT;

ss.  18K yellow gold bracelet 12 rose cut diamond about 1.75 carat and 225 RFC diamond about 4 ¼ carat 11.5 DWT;

tt.   14K yellow gold ballerina style ring with blue semi-precious pear shape stones about 5 carats and 36 tapered baguettes about 3 carats 5.8 DWT;

uu.   18K gold diamond ring center marquis 9mm x 5mm about 1 carat 1 marquis each side 2 about 1 carat (50 pts each) and 4 tapered baguettes about 40 pts. 5.8 DWT;

vv.   14K gold sapphire diamond ring center oval sapphire 12 RFC diamond about 36pts 5.1 DWT;

ww.   18K yellow gold diamond ring about 2 carats TDW 5.0 DWT;

xx.   14K gold diamond ring 43 RFC diamond about 1 ¼ carat 5.2 DWT;

yy.   14K gold diamond ring 30 RFC diamond about 60 pt 4.8 DWT;

zz.   Ladies 18K yellow gold "Rolex" oyster band aftermarket diamond bezel about 2 carats;

aaa.   S/S spoon 12 DWT;

bbb.   14K yellow gold crucifix 1 DWT;

ccc.   14K yellow gold bezel set RBC diamond about 45pt 12.7 DWT;

ddd.   14K white gold clasp with 5mm pearls;

eee.   14K yellow gold "V" necklace 14 RFC diamond about 30 pts. TDW 5.9 DWT;

fff.   14K yellow gold earrings 2.3 DWT;

ggg.   14K gold hart necklace 4.2 DWT;

hhh.   14K gold rose quartz flower pendant 3 RFC diamond about 0.3 carat;

iii.   14K white gold diamond heart pendant with Chatham ruby about 1.2 carat and 18 RFC diamond about 3.4 carat 1.90 DWT;

jjj.   18K two tone diamond pendant about 4 ¼ carat 10.3 DWT;

kkk.   ½ pair 14K gold earring 0.7 DWT;

lll.   14K gold earrings 0.08 DWT;

mmm.   14k yellow gold crucifix 2.1 DWT

nnn.   14K two tone earrings 1.4 DWT

ooo.   14K white gold earrings 1.8 DWT;

ppp.   18K white gold black and white diamond butterfly pin containing about 1.75 carats RFC diamond and 1.75 carats black treated diamond 5.2 DWT;

qqq.   Susan B. Anthony coin;

rrr.   14K piece of chain 0.03 DWT;

sss.   14K yellow gold chain 4.3 DWT;

ttt.   14K rose gold chain 3.3 DWT;

uuu.   14K yellow gold citrine earrings 3.3 DWT;

vvv.   14K yellow gold crucifix and chain 1.3 DWT;

www.   18K yellow gold multi chain with diamond heart about 1 carat RFC diamond 24.9 DWT;

xxx.   14K yellow gold dangle earrings about 1 carat single cut diamond 5.1 DWT;

yyy.   18K yellow gold three circle dangle earrings about 3.5 carats TDW 3.7 DWT;

zzz.   18K yellow gold diamond bracelet containing 288 RFC diamond about 6 carat 16.6 DWT;

aaaa.   14k yellow gold ring with three pearls and 16 single cut diamond about 0.03 carat 5 DWT;

bbbb.   18K yellow gold sun pendant on chain 10 DWT with 33 cz stones;

cccc.   14Ky yellow gold chain and pendant 9.8 DWT;

dddd.   18K yellow gold wheat chain 11.7 DWT;

eeee.   14K yellow gold fleurette style pendant with black onyx 12 RFC diamond about ¼ carat TDW 12.5 DWT;

ffff.    14K white mop earrings 7.2 DWT;

gggg.    18K yellow gold chain with 8 RFC diamond about 40 pts. 18.9 DWT;

hhhh.    14K yellow gold chain 4.5 DWT;

iiii.    14K yellow gold bangle bracelet 7 DWT;

jjjj.    14K white gold foxtail chain 4.7 DWT;

kkkk.    18K two tone gold bezel set bracelet 68 RFC diamond about 2 carat 4 DWT;

llll.    18K white gold ½ pair black earring with 8 RFC diamond about 4 pts. 2.8 DWT;

mmmm. 18K yellow gold chocker necklace containing 19 sections, each section containing 7mm x 5 mm blue sapphire about 14 carat total sapphire and 12 RFC diamond about 20 pts. 7 carat TDW;

nnnn.    18K yellow gold Columbian 9 mm x 7 mm emerald cut emerald ring with 92 RFC diamond about 4 ½ carat 7.9 DWT;

oooo.    Gents Gorgio Emporio ceramic watch; and

pppp.    18K yellow gold oval emerald and diamond earring each containing 2 oval emeralds (10 mm x 7 mm; 8 mm x 6 mm ) and 42 RFC diamond TDW 4 carat

(a. through pppp., collectively, the "Substitute Assets");

WHEREAS, the Substitute Asset Order directed the United States to publish, for at least thirty (30) consecutive days, notice of the Substitute Asset Order, notice of the United States' intent to dispose of the Substitute Assets, and the requirement that any person asserting a legal interest in the Substitute Assets must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3).  Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any

person known to have an alleged interest in the Substitute Assets and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Substitute Assets before the United States can have clear title to the Substitute Assets;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Substitute Assets was posted on an official government internet site ([www.forfeiture.gov](http://www.forfeiture.gov)) beginning on November 14, 2025, for thirty (30) consecutive days, through December 13, 2025, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on March 18, 2026 (D.E. 246);

WHEREAS, on or about October 1, 2025, the Notice of the Substitute Asset Order was sent by Certified Mail, return receipt requested, to the following:

      a.  Diane Dibiase
          Stormville, New York

      b.  Paulette Dibiase,
          Pughquag, New York

      c.  Diane Foskey
          Stormville, New York

      d.  Paul Dibiase
          Pughquag, New York

(a. through d., collectively, the "Noticed Parties-1");

7

WHEREAS, on or about January 28, 2026, the notice of the Substitute Asset Order was sent by Certified Mail, return receipt requested, to the following:

    a.  Diane Rhodes
        Stormville, New York

(together with the Noticed Parties, the "Noticed Parties");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Substitute Assets have been filed;

WHEREAS, the Defendant and the Noticed Parties are the only individuals and/or entities known by the Government to have a potential interest the Substitute Assets; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      All right, title, and interest in the Substitute Assets are hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Substitute Assets.

3.      The United States Marshals Service (or its designee) shall take possession of the Substitute Assets and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated:  New York, New York
        March 19       , 2026

                                        SO ORDERED:


                                        _____
                                        HONORABLE EDGARDO RAMOS
                                        UNITED STATES DISTRICT JUDGE

9