UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>- v. -<br>DANIEL DIBIASE,<br>Defendant. | **SECOND PRELIMINARY ORDER OF FORFEITURE AS TO <u>SUBSTITUTE ASSETS</u>**<br>S1 12 Cr. 834 (ER) |

WHEREAS, on or about February 24, 2014, DANIEL DIBIASE (the "Defendant"), was charged in a two-count Superseding Information, S1 12 Cr. 834 (ER) (the "Information"), with conspiracy to conduct the affairs of a racketeering enterprise engaged in committing robberies and interstate transportation of stolen goods, in violation of Title 18, United States Code, Section 1962(d) (Count One); and brandishing a firearm during and in relation to the racketeering conspiracy charged in Count One in the Information, in violation of Title 18, United States Code, Section 924(c) (Count Two);

WHEREAS, on or about February 24, 2014, the Defendant pled guilty to Counts One and Two of the Information pursuant to a plea agreement with the Government;

WHEREAS, on or about March 18, 2015, the Court entered a Preliminary Order of Forfeiture (the "Order of Forfeiture"), imposing a money judgment against the defendant in the amount of $2,517,997 (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information (D.E. 73);

WHEREAS, to date, $2,447,215.01 of the Money Judgment against the Defendant remains unpaid;

WHEREAS, as a result of acts and omissions of the Defendant, the United States has not been able to locate, obtain or collect assets traceable to the proceeds of the Defendant's offenses, other than the Substitute Assets-1, despite the exercise of due diligence in investigating the assets of the Defendant;

WHEREAS, the Government has identified the following specific assets in which the Defendant has an ownership interest:

a. A pair of 14K CZ, 2.5 DWT earrings;

b. 14K yellow gold tassel, 2.7 DWT;

c. 14K white gold earrings with 42 single cut diamonds about 42 pts. & 1 RFC diamond about 5pt., 51 TDW 6.4 DWT;

d. 10K gold bangle bracelet, 8.7 DWT;

e. Silver lapis bracelet;

f. 14K yellow gold pearl necklace with 6mm cultured pearls;

g. 14K gold invisibly set princess cut diamond bracelet 256 stones about 5 cts.;

h. 18K yellow gold, diamond and sapphire earrings each containing three (3) 7mm x 5mm oval sapphire about 2.25 ct. & 18 RFC diamonds about 54 pts., 110 TDW 6.3 DWT;

i. 18K yellow gold Ladies Rolex watch with aftermarket diamond bezel; and

j. 14K yellow gold pearl & diamond drop earrings each containing one (1) 7mm pearl & 1ct TWD 2 ct., TDW 6.2 dwt;

(a. through j., collectively, the "Substitute Assets"); and

WHEREAS, the Government is seeking the forfeiture of all of the Defendant's right, title and interest in the Substitute Assets.

NOW IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1. All of the Defendant's right, title and interest in the Substitute Assets is hereby forfeited to the United States of America, for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853(n).

2. Upon entry of this Second Preliminary Order of Forfeiture of Substitute Assets, the United States Marshals Service (or its designee) is hereby authorized to take possession of the Substitute Assets and to keep them in its secure, custody and control.

3. Upon entry of a Final Order of Forfeiture, the Substitute Assets shall be applied towards the satisfaction of the Money Judgment entered against the Defendant.

4. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall publish for at least thirty (30) consecutive days on the official government internet forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture as to Substitute Assets and provide notice that any person, other than the Defendant in this case, claiming an interest in the Substitute Assets must file a petition within sixty (60) days from the first day of publication of the notice on this official government internet site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5. The notice referenced in the preceding paragraph shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Substitute Assets, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the Substitute Assets and any additional facts

supporting the petitioner's claim and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6. The United States may also, to the extent practicable, provide direct written notice to any person, other than the defendant, known to have an alleged interest in the Substitute Assets, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Substitute Assets, pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8. The Court shall retain jurisdiction to enforce this Second Preliminary Order of Forfeiture as to Substitute Assets, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Dated: New York, New York
July 31, 2026

SO ORDERED:

HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE